## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| In Re | | Chapter |
|---|---|---|
| | | Case No. |
| | | Adv. No. |
| | Debtor(s) | CIV No. |
| | Appellant(s) | |
| v. | | **MEMO TO UNITED STATES DISTRICT COURT RE: STATUS OF CERTIFICATE OF READINESS** |
| | Appellee(s) | |

TO:   Clerk, United States District Court, District of Arizona

Please be advised that a Certificate that the Record of Appeal is Complete cannot be filed because the following documents have not been filed as of date:

      The Designation of Record is not on file.

      The Statement of Issues is not on file.

      A transcript has been designated and the designating party has not requested the transcript.

      Other:


Dated:

                              GEORGE PRENTICE, CLERK OF COURT

                          By: _____
                                  Deputy Clerk